UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
) No. 3:06-CR-59
V. ) (PHILLIPS/SHIRLEY)
)
)
)
WILLIAM JOSEPH MOYERS, JR. )

ORDER OF DETENTION PENDING TRIAL

A detention hearing was held in this case on May 24, 2006. Tracy Stone, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant. Counsel for the defendant stated that the defendant wished to waive his right to a detention hearing at this time and reserve the right to have a hearing at a later date, if appropriate. Pursuant to the defendant signing a Waiver of Detention Hearing, the defendant is to be detained. 18 U.S.C. § 3142(f)(2)(B). The government stated they had no objections. The defendant was present and stated that he knew he would remain in jail pending trial. For good cause, and by agreement of the defendant, this detention hearing is waived and the defendant is detained.

The defendant is aware of his rights to a prompt detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. The defendant knows that if his detention hearing is waived he will remain in custody while it is

continued.  The defendant acknowledged in open court that he understands his rights and the

consequences of waiving his detention hearing.

For good cause shown, the defendant's request not to contest, and to waive the

detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)    Defendant be detained.;

(2)    Defendant be committed to the custody of the Attorney
       General for confinement in a corrections facility separate, to
       the extent practicable, from persons awaiting or serving
       sentences or being held in custody pending appeal;

(3)    Defendant be afforded reasonable opportunity for private
       consultation with counsel; and

(4)    On order of a court of the United States or on request of an
       attorney for the government, the person in charge of the
       corrections facility in which the defendant is confined
       deliver the defendant to a United States marshal for the
       purpose of an appearance in connection with any court
       proceeding.


ENTER:

     s/C. Clifford Shirley, Jr.
United States Magistrate Judge