UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-59 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| WILLIAM JOSEPH MOYER, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant William Joseph Moyer, Jr.'s Second Motion To Extend Motion Cut-Off Deadline [Doc. 15], filed on August 14, 2006. The defendant ask for an extension of the motion cut-off deadline in order to review discovery and complete the investigation, in order to determine what motions would be prudent to file. The government has stated that it does not object to the granting of the defendant's request for an extension. Accordingly, the Court **GRANTS** the defendant's second motion to extend motion cut-off deadline [**Doc. 15**]. The defendant, William Joseph Moyer, Jr., has until **September 1, 2006**, to file any motions in this case. Responses are due on or by **September 12, 2006.** The pretrial

1

conference which is scheduled for September 14, 2006 at 9:30 a.m., shall remain the same at this time. The trial which is scheduled for October 30, 2006, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge