# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:06-CR-59** |
| | ) | **(Phillips)** |
| **WILLIAM JOSEPH MOYERS, JR.** | ) | |

## ORDER

Defendant's motion for leave to file his sentencing memorandum and motion for a variance under seal [Doc. 19] is **GRANTED.**

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge